UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re:<br><br>RANDY LEE HOLCOMB<br>PATRICIA WILHEIMINA HOLCOMB<br><br>Debtor(s) | Chapter 7<br><br>Case No. 08-05089-PHX SSC<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |
|---|---|

      S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and returned to trustee as not deliverable as addressed, unable to forward by the United States Postal Service. Debtors did not file a change of address with the court or the trustee's office

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2001 | 06/14/2010 | Holcomb, Randy & Patricia<br>14945 W. Caribbean Ln<br>Surprise, AZ 85379 | $184.09 |

      The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $184.09 to the Clerk of the Court to be deposited in the Registry thereof.

| July 1, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |